# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1975

———————————————

Joseph Terry Jones,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John L. Miller, Jr., Judge.

August 14, 2026

Per Curiam.

Affirmed.

Bilbrey, Kelsey, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Joseph Terry Jones, pro se, Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.